JOHN T. McGOVERN, as Executor of CATHERINE McGOVERN, Deceased, Respondent, *v.* SUPREME COUNCIL, CATHOLIC BENEVOLENT LEGION, Appellant.

*McGovern* v. *Supreme Council, C. B. L.*, 134 App. Div. 686, appeal dismissed.

(Submitted February 7, 1910; decided February 15, 1910.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered December 1, 1909, affirming a judgment in favor of plaintiff entered upon a verdict directed by the court in an action to recover upon a policy of life insurance.

The motion was made upon the grounds that the appeal was frivolous, unwarranted and interposed for delay.

*John T. McGovern* for motion.

*John C. McGuire* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.

---

ROBERT H. M. POTTER, Respondent, *v.* GRANT H. BROWNE, Appellant.

(Submitted February 7, 1910; decided February 15, 1910.)

Motion for re-argument denied, with ten dollars costs. (See 197 N. Y. 288.)

---

ROBERT V. V. SEWELL, Appellant, *v.* ADELIA S. UNDERHILL, Respondent.

(Submitted February 7, 1910; decided February 15, 1910.)

Motion for re-argument denied, with ten dollars costs. (See 197 N. Y. 168.)